## 42672. JUDGE v. THE STATE.
### (338 SE2d 282)

MARSHALL, Presiding Justice.

The trial judge did not err in denying appellant Charles R. Judge's pro se application for a copy of his criminal-trial transcript and related documents to assist him in preparing a pro se petition for habeas corpus. *Orr v. Couch,* 244 Ga. 374 (260 SE2d 82) (1979) and cits.; *Evans v. Watson,* 237 Ga. 249 (227 SE2d 253) (1976) and cit.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 19, 1985.

*H. Lamar Cole, District Attorney,* for appellee.
Charles R. Judge, *pro se.*